UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC
on behalf of itself and all others
similarly situated,

    Plaintiff,

v.

UNITED WHOLESALE MORTGAGE,
LLC and MATTHEW ISHBIA,
individually

    Defendants.

Case No. 3:21-cv-448-WWB-LLL

Hon. Wendy W. Berger

Magistrate Judge Laura Lothman Lambert

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Okavage Group, LLC ("Okavage"), pursuant to Fed. R. App. P. 3 and 4, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from Order of this Court dated September 20, 2024 dismissing the Supplemental Class Action Complaint without prejudice. (Doc. 125.)

Date: October 17, 2024

Respectfully Submitted,
**PARRISH & GOODMAN, PLLC**
/s/ Robert H. Goodman
ROBERT H. GOODMAN
Florida Bar No.: 1008059
13031 McGregor Blvd., Suite 8
Fort Myers, Florida 33919
Phone: (813) 643-4529
Facsimile: (813) 315-6535
Primary: rgoodman@parrishgoodman.com
Secondary: admin@parrishgoodman.com
AND
JOSEPH E. PARRISH
Florida Bar No: 690058
Primary: jparrish@parrishgoodman.com
Secondary: admin@parrishgoodman.com

*Counsel for Plaintiffs*

1

57747161.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing Generated by CM/ECF.

/s/Robert H. Goodman
*Attorney for Plaintiffs*

57747161.1