# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13393

_____

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others similarly situated,

                                                                           Plaintiff-Appellant,

*versus*

UWM HOLDINGS CORPORATION, et al.,

                                                                           Defendants,

UNITED WHOLESALE MORTGAGE, LLC,
MATHEW ISHBIA,
individually,

                                                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cv-00448-WWB-LLL

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 28, 2025

For the Court: DAVID J. SMITH, Clerk of Court